# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

DAVID KENDRICKS                    )
)
            Plaintiff,            )
)     CIVIL NO. 2005-0164
               v.               )
)
THE HERTZ CORPORATION     )
)
          Defendant.       )
_____ )

## ORDER

FINCH, J.

THIS MATTER comes before the Court on Plaintiff's Appeal from Magistrate's Order dated June 26, 2007 Transferring the Case to the District Court of Rhode Island (Docket No. 79). After careful consideration and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Appeal from Magistrate's Order dated June 26, 2007 Transferring the Case to the District Court of Rhode Island is **DENIED**.  It is further

**ORDERED** that this matter is **TRANSFERRED** to the United States District of Rhode Island and the Clerk of Court shall forward a copy of the file in this matter to said court.  It is further

**ORDERED** that all pending motions under Federal Rule of Procedure 12 are **TRANSFERRED** for resolution by the transferee court.

**ENTERED this 18th day of August, 2008.**

                               /s/
_____

                          **HONORABLE RAYMOND L. FINCH**
                          **U.S. DISTRICT JUDGE**